# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 438
:
REAPPOINTMENT TO THE MINOR : MAGISTERIAL RULES DOCKET
COURT RULES COMMITTEE :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of January, 2020, the Honorable Bradley K. Moss, Philadelphia, is hereby reappointed as a member of the Minor Court Rules Committee for a term of three years, commencing February 1, 2020.